UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KHN SOLUTIONS LLC,

    Plaintiff,

  v.

SHENZHEN CITY XUEWU FEIPING TRADING CO., LTD., a Chinese Company; SHENZHEN YUANYUHAOHAN TECHNOLOGY CO., LTD., a Chinese Company; SHENZHEN AIMASI ELECTRONIC CO., LTD., a Chinese Company; ROFEER-US, a Chinese Company; ZONGHUI LI, an Individual; GUANGZHOU CITY JIAN SHENG TRADING CO., LTD., a Chinese Company; JINMEI GONG, an Individual; CHENGDU CITY XIANG JIN XIN COMMERCIAL & TRADING CO., LTD., a Chinese Company; LIANDI CHEN, an Individual; SHENZHEN CITY MENG QIAN HUA KAI TRADING CO., LTD., a Chinese Company; MENGQIAN JIANG, an Individual;; HARBANS SINGH PALDA, an Individual; RICHARD GAWEL, an Individual; DONGQING CHEN, an Individual; DEBIAO PANG, an Individual; and DOES 1–50,

    Defendants.

No. C 20-07414 WHA

**ORDER TO SHOW CAUSE**

The undersigned has reviewed the report and recommendation of Judge Kandis Westmore in this false advertising matter (Dkt. No. 102). No objection was received in response (*see* Dkt. No. 104). Amazon.com, Inc., however, was not served the report (*see ibid.*), and is one party against whom the proposed injunction would be enforced and through whom proposed damages would be collected (*see* Dkt. No. 102 at 21–23). (Amazon earlier filed responses related to motions to seal material in this matter (*e.g.*, Dkt. No. 98 at 1).)

Amazon is therefore **ORDERED TO SHOW CAUSE** as to:

1. Why the proposed injunction (Dkt. No. 102 at 22) should not be entered; and,

2. Why the dollar amount sought by plaintiffs against defendants should not be entered, recognizing that whatever amount is entered in the final judgment will be sought from Amazon-based seller accounts by plaintiff (*id.* at 21–22).

Amazon shall file an opposition to the report and recommendation by **SEPTEMBER 12, 2024 AT NOON,** and shall appear for a hearing regarding the same on **OCTOBER 9, 2024 AT 8:30 A.M.** in Courtroom 12, Floor 19, San Francisco.

**IT IS SO ORDERED.**

Dated: August 28, 2024.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE